# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  **STEVEN D. DILIBERO** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 25-mc-91024-FDS |

## ORDER OF TERM SUSPENSION/PARTIALLY STAYED

WHEREAS, on January 9, 2025, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Term Suspension/ Partially Stayed with respect to **STEVEN D. DILIBERO.**

1. WHEREAS, pursuant to Local Rule 83.6.9, Notice of Filing of Disciplinary Action and Order to Show Cause were filed in this Court on January 16, 2025.  In addition, a copy of the Notice and Order were electronically mailed to **STEVEN D. DILIBERO**'s email address on file with this Court;

2. WHEREAS, on February 14, 2025, **STEVEN D. DILIBERO** responded to the Order to Show Cause stating that he does not contest the identical discipline.

WHEREFORE, pursuant to Local Rules 83.6.9(c), this Court hereby imposes the identical discipline, and **STEVEN D. DILIBERO** is hereby suspended from this court according to the directives and conditions stated in the Supreme Judicial Court's Order dated January 9, 2025.


Dated:  March 25 2025                               /s/ F. Dennis Saylor                       
                                                                    F. Dennis Saylor IV
                                                                    Chief Judge, United States District Court